FILED
2018 Dec-07  AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LAURA SNYDER AND ASHLEY RICH,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.:  2:17-cv-01289-RDP** |
| } | |
| **BLUE ROCK PARTNERS LLC AND** } | |
| **REUVEN ODED,** } | |
| } | |
| **Defendants.** | |

### ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement (Doc. # 32), filed December 6, 2018. The court has a duty to scrutinize the proposed settlement for fairness. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the FLSA. Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement is hereby **APPROVED**. Accordingly, the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement (Doc. # 32) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this December 7, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE